CAROLINE GOLDSTEIN v. LOUIS GOLDSTEIN, Also Known as LOUIS GOLDSTONE,

Impleaded, etc.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.